UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. |
| : | |
| v. : | |
| : | VIOLATION: 18 U.S.C. § 1343 |
| SHANG HSIUNG, : | (Wire Fraud) |
| : | |
| Defendant. : | |

## INFORMATION

The United States Attorney charges that:

## COUNT I

At all times material to this information:

1. Defendant SHANG HSIUNG, a resident of Maryland, was employed by the United States Department of Transportation as a GM-2101-14 Transportation Management Specialist who oversaw Department of Transportation Administration projects related to hybrid electric propulsion and fuel cell technology.  During the period from on or about January 1, 2001, through on or about May 15, 2006, SHANG HSIUNG's office was located at the Department of Transportation at 400 7th Street, S.W., Washington, D.C.  20590.

2. Company A is a corporation which contracted with the Department of Transportation and  whose securities are listed on the New York Stock Exchange ("NYSE").  Company A did not hire escorts to provide services to SHANG HSIUNG or any other person.

3. Officer A is a Senior Vice President of Company A who did not authorize HSIUNG to impersonate him, and who did not contact escort services to arrange for escorts to provide services to Shang HSIUNG or any other person.

4. "JL" operated an escort service in Florida, which advertised on a website on the internet.

## THE SCHEME

5. Beginning on or about January 1, 2001, and continuing through in or about March 2006, in the District of Columbia and elsewhere, the defendant, SHANG HSIUNG, devised and intended to devise a scheme and artifice to defraud and to obtain money and property from women working as "escorts" and also from co-workers by means of materially false and fraudulent pretenses, representations, and promises, which scheme and artifice is set forth hereafter.

## PURPOSE OF THE SCHEME

6. It was the purpose of the scheme and artifice that defendant SHANG HSIUNG, would and did enrich himself by fraudulently using counterfeit checks and stolen credit card numbers, including credit card numbers stolen from co-workers, to pay women, who worked as "escorts," to provide services to him in hotel rooms while he was on official government travel and, on at least one occasion, when he was not on government travel.

## MANNER AND MEANS OF THE SCHEME

7. It was part of the scheme and artifice that defendant SHANG HSIUNG utilized his government issued computer during work hours to search the internet to locate escort services and escorts who provided services in areas in which he expected to travel while on official government business. During these internet searches HSIUNG used his government computer to view pornographic pictures of escorts.

8. It was further part of the scheme and artifice that defendant HSIUNG during work

hours utilized his Department of Transportation telephone located within the District of Columbia to contact escort services and escorts located in California, Colorado, Connecticut, Florida, Illinois, Nevada, Pennsylvania, Texas and Georgia to attempt to arrange for escorts to provide services in hotel rooms to an "Asian business man," who was in actuality Hsiung.

9. It was further part of the scheme and artifice that defendant HSIUNG stole credit card numbers and credit card information from co-workers at the Department of Transportation and from other people so that he could use the stolen credit card numbers to purchase the services of escorts, and thereby, defraud the owners of the credit cards of the fees that HSIUNG paid to escorts to provide services to him in hotel rooms.

10. It was further part of the scheme and artifice that defendant HSIUNG created counterfeit cashier's checks drawn on a purported bank account of Company A, which checks purported to be issued at the direction of Officer A.

11. It was further part of the scheme and artifice that defendant HSIUNG fraudulently impersonated Officer A in interstate telephone conversations with escort services and escorts in which he arranged for escorts to "entertain" an important Asian businessman, who was in actuality SHANG HSIUNG, in a hotel room. During these telephone conversations HSIUNG made the following false representations to the escort services and escorts:

    A. HSIUNG falsely represented that Company A was attempting to negotiate a major deal with the Asian business man and stressed that it was important for the Asian business man to be shown a good time so that Company A could execute the deal.

    B. HSIUNG falsely represented that the Asian business man would pay for the services of the escort with cashier's check drawn on the bank account of Company A.

12.     It was further part of the scheme and artifice that defendant HSIUNG fraudulently impersonated persons, whose credit card information he had stolen, in interstate telephone conversations with escort services and escorts in which he arranged for escorts to "entertain" a purported VIP client, who was in actuality SHANG HSIUNG, in a hotel room.  During these telephone conversations HSIUNG falsely represented that he wanted the VIP client entertained in a hotel room so that he could close a key business deal, and that he would pay for the escort services with his credit card.

13.     It was further part of the scheme and artifice that SHANG HSIUNG had escorts provide him services in hotel rooms while he was on official government travel, and that HSIUNG used counterfeit checks and stolen credit card numbers to pay for these services.

14.     It was further part of the scheme and artifice that SHANG HSIUNG had escorts provide services to him in his hotel room on the last night of his official government travel so that when the escorts discovered that they had been paid with a counterfeit check, they would not be able to locate him at the hotel.

15.     It was further part of the scheme and artifice that on at least one occasion SHANG HSIUNG paid an escort with a counterfeit check to provide services to him in a hotel room within the District of Columbia when he was not on official government travel.

## EXECUTION OF THE SCHEME

16.     On or about January 27, 2006, in the District of Columbia and elsewhere, defendant SHANG HSIUNG, for the purpose of executing and attempting to execute the scheme and artifice, transmitted and caused to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds–to wit: SHANG HSIUNG called JL in Florida from his government telephone in the District of Columbia, impersonated Officer A, and

arranged for an escort named Stephanie to entertain a Chinese business man, who was in actuality HSIUNG, on January 28, 2006.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JONATHAN R. BARR
Assistant United States Attorney
D.C. Bar No. 437334
555 4th Street, N.W., Room 5919
Washington, DC  20530
Phone: (202) 514-9620
Fax:    (202) 307-2304