United States District Court
for the District of Columbia

**FILED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**SHANG HSIUNG**

WAIVER OF INDICTMENT

Case Number: 06-0267 (RMU)

I, **Shang Hsiung**, the above named defendant, who is accused of **Wire Fraud, Title 18, United States Code, 1343,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 26, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant  G. Allen Dale

Before _____
Ricardo M. Urbina
United States District Court Judge