UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                             :   Criminal No. 06-267
                             :
       v.                    :
                             :   VIOLATION: 18 U.S.C. § 1343
SHANG HSIUNG,                :   (Wire Fraud)
                             :
       Defendant.            :

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant SHANG HSIUNG agrees and stipulates as follows:

1.     During the period of at least January 1, 2001, through May 15, 2006, defendant SHANG HSIUNG was employed by the United States Department of Transportation as a GM-2101-14 Transportation Management Specialist who oversaw Department of Transportation Administration projects related to hybrid electric propulsion and fuel cell technology. Mr. HSIUNG's office was located at the Department of Transportation at 400 7th Street, S.W., Washington, D.C. 20590.

2.     From at least in or about January 2001 through at least in or about March 2006, defendant SHANG HSIUNG engaged in a scheme to use fraudulently created counterfeit checks and stolen credit card numbers, which he secretly purloined from colleagues at the Department of Transportation and other people, to pay escorts to provide services to him while he was on official government travel.

3.     In executing his scheme, HSIUNG utilized his government issued computer during work hours to search the internet and locate escorts who provided services in areas which

he expected to travel while on official government business. During these internet searches, HSIUNG utilized his government computer to view pornographic pictures of escorts. Thereafter, HSIUNG used his government telephone located within the District of Columbia to contact escort services and escorts located in California, Colorado, Connecticut, Florida, Illinois, Nevada, Pennsylvania, Texas, and Georgia to attempt to arrange for escorts to provide services to an "Asian business man," who was in actuality HSIUNG. HSIUNG utilized his government telephone during work hours to make more than 100 telephone calls to escort services.

4. During some of these telephone calls to escort services and escorts, HSIUNG impersonated a Senior Vice President of a company listed on the New York Stock Exchange ("NYSE") which contracted with the Department of Transportation. While pretending to be the Senior Vice President, HSIUNG falsely explained to the escort services and escorts that the Company wanted to arrange for an escort to entertain an important Asian business man with whom the Company was attempting to negotiate a major deal. HSIUNG informed the escort services and escorts that it was important for the Asian business man to be shown a good time so that the company could execute the deal. HSIUNG further explained that the Asian business man would pay for the escort with a cashier's check drawn on the company's bank account. On at least one occasion, HSIUNG requested that the "escort" entertain the business man for eight hours. In these telephone calls, HSIUNG arranged for an escort to meet the Asian businessman, who was actually HSIUNG, at a hotel room.

5. On other occasions, HSIUNG contacted escort services and pretended to be a person, whose credit card information he had stolen. During these calls, HSIUNG informed the escort services that he wanted a VIP client entertained so that he could close a key business deal.

Thereafter, HSIUNG arranged for an escort to meet the important VIP client, who was actually HSIUNG, at a hotel room.

6.  In order to execute his scheme, HSIUNG created counterfeit cashier's checks that purported to be drawn on the account of the NYSE company which contracted with the Department of Transportation. The face of the counterfeit check reflected that it was issued by the Senior Vice President HSIUNG impersonated when talking to certain escort services. In addition, HSIUNG secretly purloined the credit card information of certain colleagues at the Department of Transportation and other people, whose receipts he randomly obtained at restaurants and other locations. HSIUNG used the counterfeit checks and stolen credit card numbers on numerous occasions to pay for the services of escorts.

7.  In executing his scheme, HSIUNG typically arranged for escorts to meet him at a hotel where he was staying while he was on official government travel. HSIUNG used his government issued credit card to pay for the hotel stay. HSIUNG usually had the escorts meet him on the night before he checked out of the hotel, because he did not want the escorts to be able to find him once they discovered he had paid for their services with a counterfeit check. On at least one occasion, however, HSIUNG arranged for an escort to provide services to him in a hotel room in the District of Columbia.

8.  On one occasion, when HSIUNG had used a $9,000 counterfeit check to pay two escorts to provide services to him in a hotel room in Long Beach, California, the escort service located HSIUNG after discovering that the check was counterfeit. After the escort service threatened legal action, HSIUNG wire transferred $9,000 to the escort service.

3

9.  On January 27, 2006, HSIUNG during work hours used his government telephone in the District of Columbia to make an interstate telephone call to "JL" in Florida. JL operated an escort service in southern Florida. During the telephone call, HSIUNG impersonated a Senior Vice President of a NYSE company that contracted with the Department of Transportation, and arranged for an escort named Stephanie to entertain a business man, who was purportedly arriving from China, on January 28, 2006. HSIUNG falsely represented to JL that the Chinese businessman would pay for the services of the escort with a cashier's check drawn on the bank account of the NYSE traded company. On January 28, 2006, an escort named Stephanie entertained HSIUNG for four hours, believing HSIUNG to be a Chinese businessman with whom the NYSE company was attempting to negotiate an important business deal. HSIUNG paid Stephanie with a counterfeit cashier's check in the amount of $1,500.

10. The amount of intended loss related to the defendant's criminal conduct was at least $39,000.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JONATHAN R. BARR
Assistant United States Attorney
D.C. Bar No. 437334
555 4th Street, N.W., Room 5919
Washington, D.C. 20530
(202) 514-9620

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney, G. Allen Dale, I agree and stipulate to this

Statement of Offense, and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 10/26/06

_____
Shang Hsiung
Defendant

I have discussed this Statement of Offense with my client, Shang Hsiung. I concur with his decision to stipulate to this Statement of Offense.

Date: 10/26/06

_____
G. Allen Dale, Esquire
Attorney for the Defendant