UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  06-00267-01 (RMU) |
| | : | |
| **SHANG HSIUNG,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**UNOPPOSED GOVERNMENT MOTION FOR EXTENSION OF TIME TO FILE ATTACHED MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, for the reasons set forth herein, for an extension of time to February 15, 2007, to file the attached Memorandum in Aid of Sentencing (attached hereto as Exhibit A).

Pursuant to this Court's Standing Order for Criminal Cases, "a party wishing to submit a memorandum in aid of sentencing must do so no later than eight business days after the probation officer discloses the final pre-sentence investigation report."  In this case the Probation Officer submitted the revised Pre-Sentence Investigation Report ("PSR") on January 8, 2007.  The January 8, 2007 PSR did not include certain information regarding whether colleagues of defendant Hsiung were owed restitution because the United States was still seeking this information as of January 8, 2007.  The United States has recently learned through investigation that colleagues of defendant Hsiung did not sustain actual losses as a result of Mr. Hsiung's criminal conduct, and are therefore not entitled to restitution.  Now that the United States has complete information to convey to the Court regarding the issue of restitution, the United States wishes to submit a Memorandum In Aid of Sentencing to assist the Court in its sentencing

decision. Accordingly, the United States belatedly seeks an extension of time to file the attached Memorandum in Aid of Sentencing.

Counsel for defendant Hsiung has been contacted and has no opposition to the United States' Motion for an Extension of Time to File the Attached Memorandum in Aid of Sentencing. The United States has not previously requested an extension of time in this case. Because Sentencing in this case is not scheduled until March 13, 2007, the requested extension of time is not likely to have any effect on existing deadlines, or to prejudice either the defendant or the Court.

Accordingly, the United States respectfully requests that this Court grant the Unopposed Government Motion for an Extension of Time to File the Attached Memorandum in Aid of Sentencing.

    Respectfully submitted,
    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    _____
    JONATHAN R. BARR
    Assistant United States Attorney
    D.C. Bar # 437334
    Fraud & Public Corruption Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-9620