## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Criminal No. 06-00267-01 (RMU) |
| : | |
| **SHANG HSIUNG,** : | |
| : | |
| **Defendant.** : | |
| : | |

### O R D E R

Upon consideration of the Unopposed Government Motion for an Extension of Time to File the Attached Memorandum in Aid of Sentencing, on this _____ Day of February 2007,

**IT IS HEREBY ORDERED**, that the Government's Unopposed Motion is **GRANTED,** and **IT IS FURTHER ORDERED** that the Government's Memorandum In Aid of Sentencing attached to the Unopposed Government Motion for an Extension of Time to File the Attached Memorandum in Aid of Sentencing be deemed filed.

_____
HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE