**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 06-00267-01 |
| | ) | |
| SHANG HSIUNG, | ) | The Hon. Ricardo M. Urbina |
| | ) | |
| Defendant. | ) | Sentencing: March 13, 2007 |
| | ) | |

**SUPPLEMENTAL EXHIBIT TO SENTENCING MEMORANDUM**

Shang Hsiung, by counsel, G. Allen Dale, hereby respectfully submits an additional exhibit for consideration at sentencing.

On February 2, 2007, Mr. Hsiung filed a sentencing memorandum and attached numerous letters attesting to his character. Since the filing, letters have continued to flow in to Mr. Hsiung's counsel. We have decided not to file these, as they add nothing new, other than mere volume, to the letters already filed. However, a letter was received on March 6, 2007, from Mr. Hsiung's treating psychologist, which we believe may be helpful to the Court as it determines what sentence to impose.

Without comment on the aforementioned letter, we attach it as Exhibit One.

Respectfully submitted,

_____/s/_____
G. Allen Dale (#954537)
Law Offices of G. Allen Dale
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 638-2900
Facsimile: (202) 783-1654