HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-267</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| HSIUNG, Shang | : | Disclosure Date: <u>December 13, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ✓ )  There are no material/factual inaccuracies therein.
    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       1/5/07 _____
Prosecuting Attorney                                                                             Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )  There are no material/factual inaccuracies therein.
    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant                 Date                Defense Counsel              Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 27, 2006</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
        United States Probation Officer

TOTAL P.004



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 5, 2007

VIA FACSIMILE
(202) 273-0242

Probation Officer Linsey Epson
United States Probation Office
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW
Washington, D.C.

    Re:    Receipt and Acknowledgment of Presentence Investigation Report for Shang Hsiung, CR-06-267-01 (RMU)

Dear Ms. Epson,

    Thank you for the Presentence Investigation Report for defendant Linsey Epson. I have reviewed the Presentence Investigation Report ("Report") and did not find any material factual inaccuracies. I would like to bring the following minor corrections, which I believe the defendant has also identified.

    On page 11 of the Report at ¶ 51, the first sentence should reflect that Mr. Hsiung is currently unemployed.

    On page 8 of the Report at ¶ 33, the word "Hsiungs'" in the fourth line should be changed to "Hsiung's."

    On page 9 of the Report at ¶ 39, the word "Hsuing" in the third line should be corrected to "Hsiung."

    As I indicated in our telephone conversation today, I am still awaiting certain restitution information from the Special Agent assigned to the case. I expect to receive this information soon, and will forward it to you promptly.

    I thank you and your office for compiling the Presentence Investigation Report and for the opportunity to review the Report. I am forwarding a copy of this letter to Mr. Hsiung's attorney G. Allen Dale, Esq., at facsimile number: (202) 783-1654. Please don't hesitate to contact me at (202) 514-9620 if you have any questions or need additional information.

        Sincerely,

        JEFFREY A. TAYLOR
        United States Attorney

By: _____
    JONATHAN R. BARR
    Assistant United States Attorney