UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-267 (RMU)
:
Shang Hsiung , :
:
Defendant. :

**ORDER**

**FILED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 13th day of March 2007,

**ORDERED** that a _Status_ hearing in the above-captioned case shall take place on October 11, 2007 at 9:45.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge