IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 06-00267-01 |
| ) | |
| SHANG HSIUNG, ) | The Hon. Ricardo M. Urbina |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION SEEKING PERMISSION TO BE
RELEASED FROM HOME DETENTION FOR ONE DAY**

Comes now the defendant, SHANG HSIUNG, through undersigned counsel, and respectfully moves this Court to issue an order allowing him to be released from home confinement for one day in order to escort his daughter to college. In support of this motion, the defendant respectfully states:

On March 13, 2007, Mr. Hsiung appeared before this Court for sentencing after having entered a plea of guilty to one court of wire fraud. The Court sentenced Mr. Hsiung to a term of three years probation with conditions, including psychotherapy and counseling, as approved and directed by the probation office.

The Court also ordered, as a condition of probation, that Mr. Hsiung be placed in the electronic monitoring program for a period of 180 days and that during such electronic monitoring period Mr. Hsiung remain at his place of residence except for employment or other activities approved in advance by the probation office. The Court also ordered that Mr. Hsiung not leave the judicial district where he resides during his term of probation without the approval of his probation officer and the Court.

Mr. Hsiung has abided by all conditions of probation. He continues with his mental health treatment and has an electronic device appended to him that has monitored his movement. According to his probation officer, Danny Thomas, he is in complete compliance with all conditions of probation.

Mr. Hsiung seeks permission of the Court to allow him to assist in moving his daughter back to Vassar College in Poughkeepsie, NY. Mr. Hsiung would leave his home on Friday, August 24, and drive to Poughkeepsie, NY with his daughter. He would return the next day, Saturday, August 25, 2007.

Danny Thomas, the probation officer currently supervising Mr. Hsiung, advises that he does not oppose the defendant's motion. The Assisting United States Attorney who was assigned to the prosecution of Mr. Hsiung, Jonathan Barr, Esq., advises counsel that the Government does not oppose the defendant's motion.

Since Mr. Hsiung would be relieved from the obligations of home detention and electronic motion for one day, he advises the Court that he understands that the Court could order an additional day of home detention so that the full 180 day term of home detention be enforced.

WHEREFORE, the defendant respectfully prays that the Court grant his motion and sign the attached order allowing him to accompany his daughter to her college in Poughkeepsie, NY on August 24, 2007.

Date:  August 3, 2007              Respectfully submitted,

                                   SHANG HSIUNG
                                   By Counsel


                                   _____/s/_____
                                   G. Allen Dale (#954537)
                                   601 Pennsylvania Avenue, N.W.
                                   North Building, Suite 900
                                   Washington, D.C.  200004
                                   (Ph) 202-638-2900
                                   (Fax) 202-783-1654
                                   gallendale@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2007, a true copy of the foregoing "Defendant's Unopposed Motion Seeking Permission to be Released from Home Detention for One Day" was sent via electronic mail to:

AUSA Jonathan R. Barr
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530


And by facsimile to:

Danny Thomas
United States Probation Officer


　　　　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　G. Allen Dale