IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No: 06-00267-01 |
| ) | |
| **SHANG HSIUNG,** ) | The Hon. Ricardo M. Urbina |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter comes before the Court upon Unopposed Motion of the Defendant Seeking Permission to be Released from Electronic Monitoring for One Day in order to assist in returning his daughter to Vassar College in Poughkeepsie, NY. Neither the Probation Office nor the United States oppose the defendant's motion. Accordingly, it is by this Court on this ___ day of August, 2007,

ORDERED, that the Defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED that the defendant be and be hereby is granted permission to accompany his daughter to Vassar College, leaving the Washington Metropolitan Area on Friday, August 24, 2007, and returning to his home on Saturday, August 25, 2007; and it is

FURTHER ORDERED that the defendant abide by all other conditions of this probation and that one extra day be added to his term of home confinement.

SO ORDERED!

_____
The Honorable Ricardo M. Urbina
Judge, United States District Court