UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No.: 06-0267 (RMU) |
| : | |
| SHANG HSIUNG, : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 6th day of August, 2007,

**ORDERED** that the defendant's unopposed motion is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant be granted release from home confinement to accompany his daughter to Vasser College, leaving the Washington Metropolitan Area on Friday, August 24, 2007 and returning on Saturday, August 25, 2007; and it is

**ORDERED** that the defendant abide by all other conditions of his probation; and it is

**FURTHER ORDERED** that one extra day be added to the defendant's term of home confinement.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
AUG 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT