UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: 06-0267 (RMU) |
| SHANG HSIUNG, | : | |
| Defendant. | : | |

**ORDER**

FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this __11__ day of __Oct__ 2007, hereby

**ORDERED** a *status* hearing in the above-captioned case shall take place on __April 7th 2008__ at __9:45__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge