UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
            v.               :      Criminal Case No.: 06-0267 (RMU)
                             :
SHANG HSIUNG,                :
                             :
            Defendant.       :

**FILED**
APR 7 - 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>O R D E R</u>

It is this 7th day of April 2008, hereby

**ORDERED** a Status hearing in the above-captioned case shall take place on Oct. 20 2008 at 9:45.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

