UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-267 (RMU) |
| | : | |
| v. | : | |
| | : | |
| SHANG HSIUNG, | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Howard Sklamberg, D.C. Bar Number 453852, (202) 514-7296 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/s/_____
HOWARD R. SKLAMBERG
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NUMBER 453852
555 Fourth Street, N.W., Room 5836
Washington, D.C. 20530
(202) 514-7296
Howard.Sklamberg@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Notice of Assignment and Appearance was served via ECF on counsel for the defendant, George Allen Dale, on this 8th day of April.

____/s/_____
HOWARD SKLAMBERG
ASSISTANT UNITED STATES ATTORNEY